# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tanner Jon Heil,<br><br>Petitioner,<br><br>v.<br><br>B. Eischen, *FPC Duluth, Warden*,<br><br>Respondent. | Case No. 23-cv-3845 (JMB/JFD)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The Court has received the Report and Recommendation of United States Magistrate Judge John F. Docherty. (Doc. No. 4.) No party objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error and based upon all the files, records, and proceedings in the above-captioned matter, IT IS ORDERED THAT:

1. The Report and Recommendation (Doc. No. 4) is ADOPTED;

2. Petitioner Tanner Jon Heil's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Doc. No. 1), is DENIED; and

3. This matter is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 2, 2024

/s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court